UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 94-65 |
| TIMOTHY HALL | SECTION "N" |

### ORDER AND REASONS

Before the Court is the "Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence" (Rec. Doc. 144) brought by Petitioner Timothy Hall. The Government has opposed this motion (Rec. Doc. 150), and Petitioner has filed a Reply thereto (Rec. Doc. 154). After considering the memoranda filed by the parties, the record, and the applicable law,

**IT IS ORDERED** that, for substantially the same reasons as stated by the Government in Rec. Doc. 150, **the "Motion Under 28 USC § 2255 to Vacate, Set Aside, or Correct Sentence" (Rec. Doc. 144)** is **DENIED**, without an evidentiary hearing.

New Orleans, Louisiana, this 9th day of June, 2011.

**KURT D. ENGELHARDT**
**United States District Judge**